**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| NATALIE WILLINGHAM, NADINE HIELSCHER AND ROBERT HEILSCHER, individually, and on behalf of all others similarly situated, | CASE NO.: 1:12-cv-01157-RWS-JFK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| *Plaintiffs*, | |
| v. | |
| GLOBAL PAYMENTS, INC., | |
| *Defendant*. | |

## DEFENDANT GLOBAL PAYMENTS, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Global Payments Inc. ("GP") hereby moves this Court to dismiss all of the claims Plaintiffs assert in their Amended Complaint. Plaintiffs' claims against GP should be dismissed because Plaintiffs lack standing to assert those claims and because Plaintiffs fail to state a claim upon which relief may be granted for the reasons set forth in GP's Memorandum in Support of Motion to Dismiss Plaintiffs' Amended Complaint, which is filed contemporaneously herewith and incorporated herein by reference.

Respectfully submitted this the 16th day of August, 2012.

/s/Kristine McAlister Brown
Kristine McAlister Brown
Georgia Bar Number 480189
kristy.brown@alston.com
Stephanie B. Driggers
Georgia Bar Number 141231
stephanie.driggers@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000

Attorneys for Defendant,
Global Payments, Inc.

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)</u>

I hereby certify that the foregoing **DEFENDANT GLOBAL PAYMENTS INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

<u>/s/ Kristine McAlister Brown</u>
Kristine McAlister Brown

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of August, 2012, a copy of the

foregoing **DEFENDANT GLOBAL PAYMENTS INC.'S MOTION TO**

**DISMISS PLAINTIFFS' AMENDED COMPLAINT** was served via electronic

filing, upon all attorneys of record, including:

>Justin D. Miller, Esq.
>Morgan & Morgan, P.A.
>191 Peachtree Street, NE, Suite 4200
>Atlanta, GA 30303-1748
>
>J. Andrew Meyer, Esq.
>Tamra Givens, Esq.
>Rachel Soffin, Esq.
>Morgan & Morgan, P.A.
>201 North Franklin Street, 7th Floor
>Tampa, FL 33602
>
>Rachel Soffin
>Morgan & Morgan, P.A. -T.FL
>201 N. Franklin Street
>7th Floor
>Tampa, FL 33602
>
>Scott Wm. Weinstein, Esq.
>Morgan & Morgan, P.A.
>12800 University Drive, Suite 600
>Fort Myers, FL 33907-5337

Tamra Carsten Givens
Morgan & Morgan, P.A. -T.FL
201 N. Franklin Street
7th Floor
Tampa, FL 33602

/s/ Kristine McAlister Brown
Kristine McAlister Brown